IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID T. STEVENSON, | § | |
| R. CHRISTIAN HUDSON, and | § | No. 380, 2018 |
| JOHN A. MOORE, | § | |
| | § | |
| Plaintiffs Below, | § | Court Below:  Superior Court |
| Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. S13C-12-025 |
| | § | |
| DELAWARE DEPARTMENT OF | § | |
| NATURAL RESOURSES AND | § | |
| ENVIRONMENTAL CONTROL, | § | |
| and SHAWN M. GARVIN, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: February 6, 2019
Decided: February 18, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# O R D E R

This 18th day of February, 2019 after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its June 26, 2018 Decision After Trial.[1]

---

[1] *Stevenson v. Del. Dep't of Natural Res. & Envtl. Control*, 2018 WL 3134849 (Del. Super. Ct. June 26, 2018).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:


*/s/ Gary F. Traynor*
Justice